1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ADAN ARTURO VASQUEZ-VEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-018 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME |
| ADAN ARTURO VASQUEZ-VEGA, | |
| Defendant. | Date: February 24, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michele M. Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's February 24, 2012, calendar, at the request of the parties, and be continued until March 16, 2012, at 9:00 a.m.

IT IS FURTHER STIPULATED that time be excluded between February 24, 2012, through and including March 16, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

This continuance is requested in order to consult with Mr. Ochoa-Alvarez about resolution of the case on terms offered by the

government in a plea agreement received on February 21, 2012.

IT IS SO STIPULATED.

Dated:  February 23, 2012          /S/ Michele M. Beckwith
                                   Michele M. Beckwith
                                   Assistant United States Attorney
                                   Counsel for Plaintiff


Dated:  February 231, 2012         /S/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   ADAN ARTURO VASQUEZ-VEGA

**O R D E R**

**UPON GOOD CAUSE SHOWN** and the stipulation of the parties, it is ordered that the status conference presently set for February 24, 2012, at 9:00 a.m. be continued to March 16, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is ordered that time from the date of this Order, to and including, the March 16, 2012, status conference shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated:  February 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge